THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AROR ARK O'DIAH, Appellant. [888 NYS2d 892]—

The defendant's contention that his waiver of the right to a jury trial was inadequate is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Magnano*, 77 NY2d 941 [1991], *cert denied* 502 US 864 [1991]). In any event, the record does not support the defendant's contention that the waiver was invalid, as he executed a written waiver in open court, which was approved by the trial justice, and the circumstances surround-

ing the waiver supported the conclusion that it was made knowingly, voluntarily, and intelligently (*see* CPL 320.10 [2]; *People v Smith*, 6 NY3d 827, 828 [2006], *cert denied* 548 US 905 [2006]; *People v Fani*, 59 AD3d 460 [2009]; *People v Jones*, 293 AD2d 627 [2002]). Dillon, J.P., Florio, Balkin and Leventhal, JJ., concur.